JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SHANE KYLE NISSEN,               )  No. CV 11-8245-JFW (PLA)
                                 )
              Petitioner,        )  **JUDGMENT**
                                 )
         v.                      )
                                 )
UNKNOWN,                         )
                                 )
              Respondent.        )
_____)

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and failure to follow Court orders.

DATED:  December 19, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE